UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



INTERNATIONAL DREDGING AND
PETROLEUM SUPPLY CO., et. al.
    Plaintiffs
        v.
ALUMA ELECTRIC CORPORATION, et. al.
    Defendants

Civil No. 97-2327(SEC)

## ORDER

| MOTION | RULING |
|---|---|
| Docket #29<br>**Motion Requesting Relief from Entry of Default** | The motion was **granted** by margin order dated July 23, 1999, where default was set aside. With regards to the request for extension of time to appear before this Court through responsive pleading, it is **Moot**. |
| Docket #30<br>**Motion Requesting Extension of Time** | Moot. |
| Docket #32<br>**Motion Requesting Additional Time** | Moot. |
| Docket #34<br>**Motion Requesting a Scheduling Conference** | The Court informs Attorney Harry A. Ezratty, that his motion for reinstatement as plaintiffs' counsel was granted by margin order dated July 7, 1999 **(Docket # 28)**. |

DATE: November 5, 1999

SALVADOR E. CASELLAS
United States District Judge


