IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_International Dredging & Petroleum, et. al._
Plaintiff(s)

Civil No. 97-2327 (SEC)

_Aluma Electric Corp, et. al._
Defendant(s)

RECEIVED & FILED
00 JAN 03 AM 7:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED:        DOCKET #: 36        TITLE: Motion Requesting Formal Stay Order by the Court

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s) _Dredge & Marine Corp._

## DISPOSITION:

[X] GRANTED        [ ] DENIED

[ ] NOTED          [ ] MOOT

## COMMENTS

The proceedings against defendant Dredge & Marine Corp. are therefore stayed pursuant to 11 U.S.C. §362(a)(1)

29 XII 99
DATE

SALVADOR E. CASELLAS
United States District Judge