UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTERNATIONAL DREDGING
AND PETROLEUM SUPPLY CO., et. al.
    Plaintiffs
          v.          Civil No. 97-2327(SEC)
ALUMA ELECTRIC CORP., et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket #31**<br>**Motion to Strike Demand for Jury Trial** | Since this case is stayed pursuant to 11 U.S.C. § 362(a)(1) and the Court's Order of December 29, 1999, (Docket # 37), Defendant's motion to strike is hereby **DENIED WITHOUT PREJUDICE**, until the stay is lifted by the bankruptcy court. |

DATE: March 21, 2000

                                  SALVADOR E. CASELLAS
                                  United States District Judge

