IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTERNATIONAL DREDGING
AND PETROLEUM SUPPLY CO., et. al.

Plaintiffs

v.   Civil No. 97-2327(SEC)

ALUMA ELECTRIC CORP., et. al.

Defendants

## ORDER

On December 27, 1999 Co-defendant Dredge & Marine Corp. filed a motion requesting the stay of all proceedings pursuant to 11 U.S.C. § 362(a)(1), on grounds that it had filed a petition for bankruptcy under Chapter 7 of the Bankruptcy Code. **(Docket #36)**. On December 29, 1999 co-defendant's motion for stay of the proceedings was granted by the court. **(Docket #37)**. To this day however, the parties have failed to keep the Court informed about the status of the bankruptcy proceedings. Currently the case is stayed and remains open in the Court's docket. In the exercise of its administrative management duties, the Court **ORDERS** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**. Within six months from the entry of this order the parties may move for the reinstatement of proceedings upon the dismissal or conclusion of the case in bankruptcy, or at any time the bankruptcy court authorizes the Plaintiff to proceed with this action. In the alternative, the parties may file an informative motion regarding the status of bankruptcy proceedings and request an extension of this deadline.

**SO ORDERED.**

In San Juan, Puerto Rico, this _28_ day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)