IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTERNATIONAL DREDGING AND     *
PETROLEUM SUPPLY CO., et. al.  *
                               *
    Plaintiffs                 *
                               *   Civil No. 97-2327(SEC)
        v.                     *
                               *
ALUMA ELECTRIC CORP., et. al.  *
                               *
    Defendants                 *
*************************************

## JUDGMENT

Pursuant to this Court's Order of even date, the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**. The parties may request reinstatement of the case within six months from the entry of judgment as provided in our Order. Otherwise, an extension may be requested by any of the parties upon a showing of good cause.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28 day of September, 2000.

/SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)